GLORIA DOOMES, Appellant, v BEST TRANSIT CORP. et al., Defendants, and WARRICK INDUSTRIES, INC., Doing Business as GOSHEN COACH, Respondent.

ANA JIMINIAN, Appellant, v BEST TRANSIT CORP. et al., Defendants, and WARRICK INDUSTRIES, INC., Doing Business as GOSHEN COACH, Respondent.

KELLI RIVERA, Appellant, v BEST TRANSIT CORP. et al., Defendants, and WARRICK INDUSTRIES, INC., Doing Business as GOSHEN COACH, Respondent.

Submitted April 18, 2011; decided April 28, 2011

Motion by United Motorcoach Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the

proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.